Law," designated as " First," " Second " and " Third." Hill, P. J., Crapser and Heffernan, JJ., concur. Bliss, J. I concur with the majority that the reduction made may not be greater than that claimed in the application. I dissent from the decision for the reason that while the evidence warrants some reduction it does not warrant a reduction to the figure now being fixed by this court. McNamee, J., dissents, with a memorandum. McNamee, J. I dissent on the ground that it is conceded that the gross income of the property amounts to $12,846, and on the rental value alone it is accordingly worth at least $128,460; and the referee finds that property in Albany is assessed at eighty-four per cent. This shows an assessment value of at least $107,900.

In the Matter of the Application of United States Abstract and Surety Company, Inc., Respondent, for a Writ of Certiorari to Review an Assessment Made by the Commissioner of Assessment and Taxation and the Board of Review of the City of Albany, New York, Appellants.— Judgment modified, on the law, by directing that the assessment for the year 1933 of the premises No. 42 Howard street be corrected by reducing the assessment from $80,000 to $40,000, and as so modified the judgment is affirmed, with costs to the petitioner. The modification is made upon the same legal ground as that stated in *Matter of Wright* v. *Comr. of Assessment & Taxation* [*ante*, p. 886], decided herewith. The court disapproves of that portion of the decision entitled " Conclusions of Law," designated as " First," " Second " and " Third." Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

The People of the State of New York ex rel. Mary E. Hamlin, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

The People of the State of New York ex rel. Laura Woollard, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

The People of the State of New York ex rel. Universal Business Corporation, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Judgment modified, on the law, by directing that the assessment for the year 1933 of the premises No. 11 New Scotland avenue be corrected by reducing the assessment from $10,000 to $5,000, and as so modified affirmed, with costs to the petitioner. The modification is made upon the same legal ground as that stated in *Matter of Wright* v. *Comr. of Assessment & Taxation* [*ante*, p. 886], decided herewith. The court disapproves of that portion of the decision entitled " Conclusions of Law," designated as " First," " Second " and " Third." Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

The People of the State of New York ex rel. Elizabeth Morris, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

The People of the State of New York ex rel. Eleanor S. Hamlin (William E. Woollard, Jr., Substituted Relator), Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.